**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1881**

———————

FELICIA IVES,

Plaintiff - Appellant,

versus

TOM ADAMS, Individually and as registered
agent of Metropolitan Life Insurance Company,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.   Claude M. Hilton, District
Judge.  (CA-97-290-A)

———————

Submitted:  October 23, 1997      Decided:  November 13, 1997

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Felicia Ives, Appellant Pro Se. Martin Joseph Jaron, Jr., GINSBURG,
FELDMAN & BRESS, CHARTERED, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying her motion for a continuance of the hearing to consider the motion to dismiss. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ives v. Adams</u>, No. CA-97-290-A (E.D. Va. June 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>